*abeth B. Davis* for the United States.

Nos. 662 and 663. Dempsey, Administrator, *v.* Guaranty Trust Co. March 1, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Lewis E. Pennish* for petitioner. *Messrs. James P. Dillie* and *Otis T. Bradley* for respondent.

No. 665. Metcalf, Trustee in Bankruptcy, *v.* United States. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Norman A. Bailie* and *Richard A. Turner* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 666. Pavlis et al. *v.* Jackson. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Fred T. Saussy* and *J. C. Davant* for petitioners.

No. 671. Town of Belleair *v.* Groves et al. March 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. O. K. Reaves* for petitioner. *Messrs. Robert J. Pleus, Giles J. Patterson,* and *Stuart B. Warren* for respondents.

Nos. 677, 678, 679, and 680. Harborside Warehouse Co., Inc. *v.* Jersey City et al. March 1, 1943. Petition